UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOSE POLICAO PROCOPIO,

    Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

18 Cr.

*JUDGE STEIN*

**18 CRIM 544**

### COUNT ONE
### (Illegal Reentry)

The Grand Jury charges:

1. From at least on or about June 2, 2018, in the Southern District of New York and elsewhere, JOSE POLICAO PROCOPIO, the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been removed from the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a).)

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: JUL 3 1 2018

## COUNT TWO
### (Possessing Counterfeit Documents for Employment and Authorized Stay in the United States)

The Grand Jury further charges:

2. On or about July 19, 2018, in the Southern District of New York and elsewhere, JOSE POLICAO PROCOPIO, the defendant, did knowingly utter, use, attempt to use, possess, obtain, accept, and receive an immigrant and nonimmigrant visa, permit, border crossing card, alien registration receipt card, and other documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing them to be forged, counterfeited, altered, and falsely made, and to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, to wit, the defendant possessed a counterfeit United States Social Security Card and a counterfeit United States Permanent Resident Card.

(Title 18, United States Code, Section 1546(a).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**JOSE POLICAO PROCOPIO**

Defendant.

**INDICTMENT**

18 Cr.

(8 U.S.C. § 1326(a);
18 U.S.C. § 1546(a)).

GEOFFREY S. BERMAN
United States Attorney

A TRUE BILL

_____
Foreperson

7/31/18 Filed Indictment
case assigned to Judge Stein    USMJ Gorenstein